IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ANNIE BELL GREEN, on behalf of their minor progeny, and KENITH LAMONT GREEN, on behalf of their minor progeny,** )<br>)<br>)<br>)<br>)<br>  Plaintiffs, )<br>)<br>  v. )<br>)<br>**WADIE THOMAS, et al.,** )<br>)<br>  Defendants. ) | CASE NO. 4:11CV3172<br><br>MEMORANDUM<br>AND ORDER |

Plaintiff Annie Bell Green, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 5.) Upon review of Plaintiff's Motion, the court finds that Plaintiff Annie Bell Green is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted to Plaintiff Annie Bell Green, and the Complaint shall be filed without payment of fees.

DATED this 6th day of December, 2011.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge